**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
1060 FULTON MALL, SUITE 713
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, SCOTTIE CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCOTTIE CHAMBERS, et al. ) <br> ) <br> Defendant. ) | CASE NO. CR-F-04-5179 OWW <br><br> **STIPULATION TO CONTINUE MOTION HEARING AND EXCLUDE TIME; ORDER** |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, David Gappa, and counsel for Defendant SCOTTIE CHAMBERS, Joan Jacobs Levie, that the date established for the next status conference, currently scheduled for July 14, 2006 at 11:00 a.m. in the courtroom of the Hon. Dennis L. Beck, be continued until July 19, 2006 at 11:00 a.m. in the courtroom of the Hon. Dennis L. Beck.  The continuance is necessary because Frank Esquivel, the assigned U.S. Probation Officer from Bakersfield, is out of the office until Monday, July 17, 2006 and is unavailable for consultation.

DATED: November 9, 2004              /Joan Jacobs Levie_____
                                      JOAN JACOBS LEVIE,
                                      Attorney for Defendant
                                      SCOTTIE CHAMBERS


DATED: _____            /David Gappa_____
                                      DAVID GAPPA,
                                      Assistant U.S. Attorney

-1-

**ORDER**

The status conference in the above-entitled matter is continued to July 19, 2006 at 11:00 a.m.

DATED: July 14, 2006         /s/ Dennis L. Beck
                             DENNIS L. BECK,
                             Magistrate Judge
                             Eastern District of California